B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br><br>Housing Authority of the City of Fort Smith | DEFENDANTS<br><br>Tamekia A. Poole |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Kathryn A. Stocks    Jones, Jackson & Moll, PLC<br>401 N. 7th Street   P.O. Box 2023<br>Fort Smith, AR 72902    479-782-7203 | **ATTORNEYS** (If Known) |

| **PARTY** (Check One Box Only)<br>☐ Debtor        ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor      ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☒ Debtor        ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor      ☐ Other<br>☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

11 U.S.C. Section 523(a)(2)(A) and (B) for obtaining funds (housing assistance by use of false representations and providing false statements in writing about her financial condition).

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner – §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>Tamekia A. Poole | | BANKRUPTCY CASE NO.<br>2:15-bk-70604 | |
| DISTRICT IN WHICH CASE IS PENDING<br>Western District of Arkansas | | DIVISION OFFICE | NAME OF JUDGE<br>Ben T. Barry |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>*Kathryn A. Stocks* | | | |
| DATE<br><br>May 29, 2015 | | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br><br>Kathryn A. Stocks | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants**. Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys**. Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand**. Enter the dollar amount being demanded in the complaint.

**Signature**. This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

Form B 250A (12/09)

# United States Bankruptcy Court

WESTERN        **District Of**   ARKANSAS

In re ___Tamekia A. Poole___ ,
             Debtor

) Case No. __2:15-bk-70604__
)
) Chapter _7_
)
Housing Authority of the City of Fort Smith )
             Plaintiff )
)
             v. ) Adv. Proc. No. _____
)
Tamekia A. Poole )
             Defendant )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:     U.S. Bankruptcy Clerk
                          35 E. Mountain, Room 316
                          Fayetteville, AR 72701

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:     Kathryn A. Stocks
                                              Jones, Jackson & Moll, PLC
                                              401 N. 7th Street
                                              Fort Smith, AR 72901

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____     By: _____ (Deputy Clerk)

## CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐　　Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐　　Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐　　Residence Service: By leaving the process with the following adult at:

☐　　Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐　　Publication: The defendant was served as follows: [Describe briefly]

☐　　State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____　　　　Signature _____

　　　　Print Name : 　　　_____

　　　　Business Address:　　_____

　　　　　　　　　　　　　　_____

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF ARKANSAS

IN RE:
**TAMEKIA A. POOLE, DEBTOR**

**CASE NO. 2:15-bk-70604**
**CHAPTER 7**

**HOUSING AUTHORITY OF THE CITY OF FORT SMITH**          **PLAINTIFF**

v.                          CASE NO. _____

**TAMEKIA A. POOLE**                          **DEFENDANT**

### COMPLAINT OBJECTING TO DISCHARGEABILITY OF CERTAIN DEBT

Comes now the creditor, Housing Authority of the City of Fort Smith ("HACFS"), by and through its attorneys, Jones, Jackson & Moll, PLC, and for its Complaint Objecting to Dischargeability of Certain Debt, states as follows:

1.      Plaintiff, HACFS, is a housing authority organized under the laws of the State of Arkansas with its principal place of business in Fort Smith, Arkansas, and is a creditor of the above named Debtor.

2.      The Defendant, Tamekia A. Poole (also known as Tamekia A. Radford), is the Debtor in the above-captioned proceeding.

3.      This is an action under 11 U.S.C. § 523(a)(2).  The Court has jurisdiction of this case pursuant to 28 U.S.C. § 1334.

4.      HACFS has investigated the actions of the Defendant Debtor and being satisfied that the proper grounds exist for denial of the discharge of the Defendant Debtor's debt to HACFS.

## OBJECTION TO DISCHARGEABILITY
## OF DEBT OF DEFENDANT DEBTOR.

5.     HACFS alleges the following grounds under 11 U.S.C. § 523(a)(2)(A) and
(B) that the Defendant Debtor should not be entitled to a discharge under 11 U.S.C. §
523(a)(2)(A) due to the obtaining of money and property by use of false pretenses, false
representations and actual fraud.   The Defendant Debtor obtained rental assistance
through HACFS when she knowingly was not eligible to receive such funds, made false
representations claiming she was entitled to said assistance, failed to disclose her income
from a job, that she received child support, and that her son had moved out in 2011 when
he turned 16 years old.  The Defendant Debtor made materially false statements in writing
regarding her financial condition and HACFS relied on these statements and the
Defendant Debtor did so with the intent to deceive HACFS into providing her housing
benefits she was not eligible to receive and her discharge should be denied under 11
U.S.C. § 523(a)(2)(B).

6.     The Defendant Debtor provided that she had zero income from employment
to HACFS when she signed the PHA Verification of Income, Assets and Medical
Expenses on the following dates:    November 21, 2012 (attached hereto as Exhibit "1");
September 13, 2013 (attached hereto as Exhibit "2");  and July 23, 2014 (attached hereto
as Exhibit "3").

7.     The Defendant Debtor submitted a Sworn Statement on July 23, 2014,
stating that neither she nor her son, Dayvion Radford, were working and that he continued
to live with her.  A copy of the Sworn Statement is attached hereto as Exhibit "4."

8.     The Defendant Debtor has had continued employment from January 11,
2013, to at least July 21, 2014, and this would have made her ineligible for the full

2

housing benefits she was receiving.  A copy of a letter from the Arkansas Support Network, Inc. showing Verification of Earnings and stating that she began work on January 11, 2013, was paid $10.51 an hour, and worked an average of 30 hours per week is attached hereto as Exhibit "5."  The Defendant Debtor also provided in Section 1 of her Statement of Financial Affairs – Amended filed May 14, 2015, that she had income of $15,970.00 for 2013 as a CNA and $17,434.00 for 2014 as a CNA.

9.      In addition, the Defendant Debtor received child support in 2013 and 2014 through the Arkansas Office of Child Support Enforcement.   A copy of a letter from the Arkansas Office of Child Support Enforcement dated July 23, 2014, showing where she received support during the 2013 and 2014 years is attached hereto as Exhibit "6."

10.      The Defendant Debtor also alleged that her son, Dayvion Radford, was living with her.  A copy of the Certification of Income Assets dated September 13, 2013, showing that Dayvion Radford lives with her and also provides the Defendant Debtor receives no income from employment or child support is attached hereto as Exhibit "7." However, Dayvion Radford signed an Affidavit stating he moved from the residence when he turned 16 years old in 2011.   A copy of the Sworn Statement of Dayvion Radford is attached hereto as Exhibit "8."   The failure to have the Defendant Debtor's son living with her would have made her ineligible for a two bedroom and would have changed the amount of assistance she was eligible to receive.

11.      The Defendant Debtor received a letter from HACFS on November 21, 2012, stating as follows:

> PLEASE REMEMBER THAT YOU ARE REQUIRED TO REPORT: **(1) ADDITIONAL SOURCES OF INCOME RECEIVED BY YOU AND MEMBERS OF YOUR HOUSEHOLD; (2) CHANGES IN YOUR SOURCE(S) OF**

**INCOME;   (3)   CHANGES   IN   YOUR   FAMILY COMPOSITION, AND THAT IT IS YOUR RESPONSIBILITY TO REPORT ALL CHANGES WITHIN (10) DAYS.**

The Defendant Debtor acknowledged that she understood the notice by her signature on the letter.  A copy of said November 21, 2012, letter is attached hereto as Exhibit "9."

12.    The Defendant Debtor received a letter from HACFS on October 4, 2013, stating as follows:

> THE ABOVE MENTIONED PAYMENT AMOUNTS ARE SUBJECT TO CHANGE AS YOUR INCOME CHANGES. **WE REQUIRE YOU TO REPORT ANY AND ALL CHANGES IN INCOME RESULTING FROM EMPLOYMENT, GOING ON OR OFF WELFARE, UNEMPLOYMENT COMPENSATION, WORKMEN'S COMPENSATION, CHILD SUPPORT, SOCIAL SECURITY OR VA BENEFITS, ETC.**  THE PHA WILL THEN MAKE CHANGES IN PAYMENTS AS REQUIRED.  YOU MUST REPORT A CHANGE WITHIN (10) TEN DAYS.
>
> YOU MUST REPORT TO YOUR CASEWORKER ANY AND ALL CHANGES IN YOUR FAMILY COMPOSITION, SOURCES OF INCOME, CHILD CARE AND MEDICAL EXPENSES.

A copy of said October 4, 2013, letter is attached hereto as Exhibit "10."  The Defendant Debtor never reported any income or child support for the years 2013 or 2014 in violation of her agreement to do so.

13.    The Defendant Debtor's pattern of conduct as alleged above shows she fraudulently obtained money and property with the intent to defraud her creditor, HACFS, and provided false statements in writing to induce HACFS to provide her housing benefits. HACFS calculated that the she had received overpayment of benefits since February 1, 2013, in the amount of $11,680.00 as determined on the Tenant Payment Sheet attached hereto as Exhibit "11."   The Defendant Debtor agreed to repay these funds beginning in

4

October of 2014, in accordance with the Agreement to Repay attached hereto as Exhibit "12." The Defendant Debtor only made one payment of $120.00 prior to filing bankruptcy.

14. HACFS prays for judgment as follows:

(a) That the Defendant Debtor be denied from receiving a discharge in bankruptcy of her debt to HACFS;

(b) Under 11 U.S.C. § 523(a)(2)(A) and (B) in the amount of $11,560.00 and for a judgment in that amount;

(c) For costs herein expended; and

(d) For attorney's fees and all other proper relief.

WHEREFORE, the Plaintiff, HACFS, prays that the Defendant Debtor, Tamekia A. Poole, be denied a discharge under 11 U.S.C. § 523(a)(2)(A), for the full amount of the debt owed to HACFS, its attorney's fees, and for all other proper relief to which it is entitled.

HOUSING AUTHORITY OF THE CITY OF FORT SMITH

JONES, JACKSON & MOLL, PLC
401 North 7th Street
P.O. Box 2023
Fort Smith, AR 72902
479-782-7203

By:_____/s/ Kathryn A. Stocks_____
Kathryn A. Stocks
AR Bar No. 91116

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and I hereby certify that the foregoing document has been electronically mailed to the following:

Andrew A. Flake
Rex W. Chronister, P.A.
P.O. Box 66
Fort Smith, AR  72902-0066

R. Ray Fulmer II
Chapter 7 Panel Trustee
P.O. Box 185
Fort Smith, AR  72902-0185

U.S. Trustee
Office of U.S. Trustee
200 W. Capitol, Suite 1200
Little Rock, AR  72201

_/s/ Kathryn A. Stocks_____
Kathryn A. Stocks

## VERIFICATION

STATE OF ARKANSAS )
                  ) §§
COUNTY OF SEBASTIAN )

Comes now _Jennifer Beckman_ , _Housing Counselor_ of the Housing Authority of the City of Fort Smith, and being first duly sworn on oath states that he/she has read the above and foregoing Complaint Objecting to Dischargeability of Certain Debt and that the facts and matters therein contained and set forth are true and correct to the best of his/her knowledge.

_Housing Counselor FSHA_

Print Name: _Jennifer D. Beckman_
Title: _Housing Counselor_

Subscribed and sworn to before me this _28th_ day of _May_ , 2015.

_Jill A. Hatley_
Notary Public

My Commission expires:

_7-23-20_



PHA VERIFICATION OF INCOME, ASSETS AND MEDICAL EXPENSE

On this date I examined documents presented by _____Jumbre Radford_____ for the purpose

of verification and documentation of income, assets and medical expenses.

Notice of award _____ Checks _____ Check _____ Bank statement _____ Telephone confirmation _____

Name of person(s) verifying requested information _____ Telephone No. _____

INCOME SOURCE

| Source: | Amount: | |
|---|---|---|
| SSA _____ | $_____ | Other, specify _____ |
| SSI _____ | $_____ | _____ |
| TEA _____ | $_____ | Contribute |
| Retirement _____ | $_____ | 265ᵃ/mo #v X12= |
| Pension _____ | $_____ | 3180 |
| Workmen Comp ____ | $_____ | C/5-0 |
| Employer _____ | $_____ | |

ASSETS

This is my/our only income  x NEE

| Source: | Amount: | |
|---|---|---|
| Bonds _____ | $_____ | _____ |
| Stocks _____ | $_____ | _____ |
| Savings _____ | $  0 | _____ |
| Annuities _____ | $_____ | SNAP - Pemly |
| CD Accounts _____ | $_____ | _____ |
| Real Property ____ | $_____ | _____ |
| Checking Acct. ___ | $  0 | _____ |

MEDICAL EXPENSE

| Source: | Amount: | |
|---|---|---|
| Dental Ins. ____ | $_____ | Other, specify _____ |
| Medical Ins. ___ | $_____ | _____ |
| Hospitalization __ | $_____ | Name _____ Telephone No. _____ |
| Ambulance Travel _ | $_____ | _____ |
| Medipak _____ | $_____ | _____ |
| Medicare _____ | $_____ | _____ |
| Prescriptions ____ | $_____ | _____ |

I have no income that is not listed on this form

x Carmel: Pool Radford

By: ____ ND ____

Title: ____ Hc ____

Date: ____ 11/2/12 ____

FORM 1078

EXHIBIT 1

PHA VERIFICATION OF INCOME, ASSETS AND MEDICAL EXPENSE

On this date I examined documents presented by _T. Radford_ for the purpose
of verification and documentation of income, assets and medical expenses.

Notice of award _____ Checks _____ Check _____ Bank statement _____ Telephone confirmation___

Name of person(s) verifying requested information _____ Telephone No. _____

INCOME SOURCE

| Source: | Amount: | |
|---|---|---|
| SSA _____ | $_____ | Other, specify_____ |
| SSI_____ | $_____ | _____ |
| TEA_____ | $_____ | _MS - contributions_ |
| Retirement_____ | $_____ | |
| Pension_____ | $_____ | _from Mark Green_ |
| Workmen Comp____ | $_____ | |
| Employer_____ | $_____ | _$ 300/mo._ |

ASSETS

| Source: | Amount: | This is my/our only income _Pamela Bole Radford_ |
|---|---|---|
| Bonds_____ | $_____ | _____ |
| Stocks_____ | $_____ | _____ |
| Savings_____ | $_____ | _____ |
| Annuities_____ | $_____ | _____ |
| CD Accounts____ | $_____ | _____ |
| Real Property___ | $_____ | _____ |
| Checking Acct.___ | $_____ | _____ |

MEDICAL EXPENSE

| Source: | Amount: | |
|---|---|---|
| Dental Ins.____ | $_____ | Other, specify _Snaps $525_ |
| Medical Ins.___ | $_____ | _____ |
| Hospitalization__ | $_____ | Name_____Telephone No._____ |
| Ambulance Travel_ | $_____ | _____ |
| Medipak_____ | $_____ | _____ |
| Medicare_____ | $_____ | _____ |
| Prescriptions____ | $_____ | _____ |

I have no income that is not listed on this form

_Pamela Bole Radford_

_Daymon L. Radford_

By: _Jennifer Bullman_

Title: _HC_

Date: _9/13/13_

FORM 1078

EXHIBIT 2

PHA VERIFICATION OF INCOME, ASSETS AND MEDICAL EXPENSE

On this date I examined documents presented by _T Radford_ for the purpose
of verification and documentation of income, assets and medical expenses.
Notice of award _____ Checks _____ Check _____ Bank statement _____ Telephone confirmation_____
Name of person(s) verifying requested information _____Telephone No. _____

### INCOME SOURCE

| Source: | Amount: | |
|---|---|---|
| SSA _____ | $_____ | Other, specify_____ |
| SSI_____ | $_____ | |
| TEA_____ | $_____ | MS only income |
| Retirement_____ | $_____ | is contributions |
| Pension_____ | $_____ | of $ 130/mo. from |
| Workmen Comp____ | $_____ | |
| Employer_____ | $_____ | |

### ASSETS

| Source: | Amount: | This is my/our only income |
|---|---|---|
| Bonds_____ | $_____ | Bayvron has decided |
| Stocks_____ | $_____ | to stay in place of |
| Savings_____ | $_____ | MS. resident for now |
| Annuities_____ | $_____ | (see statement. |
| CD Accounts_____ | $_____ | |
| Real Property____ | $_____ | |
| Checking Acct.___ | $_____ | |

### MEDICAL EXPENSE

| Source: | Amount: | |
|---|---|---|
| Dental Ins._____ | $_____ | Other, specify Snap $ 425 |
| Medical Ins.____ | $_____ | |
| Hospitalization__ | $_____ | Name_____Telephone No._____ |
| Ambulance Travel_ | $_____ | |
| Medipak_____ | $_____ | |
| Medicare_____ | $_____ | |
| Prescriptions____ | $_____ | |

I have no income that is not listed on this form

_Tamekia Radford_

By: _Jennifer Beckman_

Title: HC

Date: 7/23/14

FORM 1078

EXHIBIT
3

## *Fort Smith Housing Authority*
### 2100 North 31st Street
### Fort Smith, Arkansas 72904
#### (479) 785-4881   FAX (479) 709-9381

The following is a sworn statement given by me ___Tamekia Radford___ and

___Dayvion Radford___ on this __23__ day of __July__ 20__14__.

Neither myself nor Dayvion is working at this time. Dayvion was going to move but decided to continue living with me. The household consists of Tamekia Radford, Dayvion Radford and Tamekia Poole.

**Warning:** Section 1001 of Title 18 of the U.S. Code makes it a criminal offense to make willful false statements or misrepresentation to any Department or Agency of the U.S. as to any matter within its jurisdiction.

**I/We also understand that false statements or information are grounds for termination of housing assistance and termination of tenancy.**

X _Tamekia Radford_                    7/23/14
Head of Household                      Date

X _____              7/23/14
~~Spouse~~ other adult                 Date

FORM 1007a



From: Wayne

# Fort Smith/Sebastian County Housing Authority
## VERIFICATION OF EARNINGS

**TO EMPLOYER:** We are required by Federal regulations to verify correct benefits for your employee in order to determine eligibility. This will enable us to ensure that Federal funds are used only for the actual and correct benefits to which a household is entitled. We request your cooperation in supplying the following information on this form:

_Wayne Walker_
PHA Representative

_479-785-4881   × 18_
Telephone Number

_TameKia A. RaDFord_
Employee          _04671_

SSN of Employee

**ADDRESS:** Fort Smith/Sebastian County
Housing Authority
2100 North 31st Street
Fort Smith, AR 72904

Fax # _479-709-9381_

I, _____ authorize release of this information.

1. The above employee: began work _1-11-13_ and earns $_10⁵¹_ per hour. He/she works an average of _30_ hours per week.

   Employee is paid: __ Weekly  _X_ Every 2 weeks  __ Twice monthly
   __ Monthly  __ Other--please indicate how often _____

2. Please show GROSS EARNINGS (before any deductions) PAID TO this employee as indicated. Please list each pay check separately including vacation pay and bonuses.

| | Pay Period Ending | Date Received | Hours Worked | Gross Wages | Tips | Housing/Utilities Paid above wages |
|---|---|---|---|---|---|---|
| Rec'd in the Month of _____ | 6-26-14 | 7-11-14 | 68.25 | 724.75 | | |
| | 6-12-14 | 6-27-14 | 46.00 | 420.00 | | |
| For the past _____ consecutive pay periods. | 5-29-14 | 6-13-14 | 68.00 | 746.73 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

3. **EARNINGS:** Are any of the earnings funded by JTPA--On The Job Training Program?
   __ Yes or _X_ No

4. **TERMINATION:** If employee no longer is employed by you, what was the date and reason for leaving this job? _N/A_
   Date last check will be received _____ and gross amount _____

5. Additional information/expected changes: (such as layoffs, raises, increased or reduced hours, vacation pay, bonuses, and sick pay) _____

I do hereby certify that the above information is factual and correct to the best of my knowledge.

_____     _7/21/14_     _____
Employer/Payroll Clerk Signature        Date              Telephone

_____
Place of Business

Lynn Trowbridge - Human Resources Director
8836 Isaac's Orchard Road- Springdale, AR 72762
479-756-4164  (fax) 479-927-4101
ltrowbridge@supports.org

Form 1099a



EXHIBIT
5

VAN BUREN OCSE
3132 ALMA BLVD
VAN BUREN, AR 72956-5054
(479) 471-8855

ARKANSAS OFFICE OF CHILD SUPPORT ENFORCEMENT
DEPARTMENT OF FINANCE AND ADMINISTRATION
DIVISION OF REVENUE

A/M: Jennifer

JULY 23, 2014

TAMEKIA RADFORD
1320 N 57TH TER
FORT SMITH, AR 72904-7406

RE: Verification of Child Support

OCSE Case Number: ██████████
Custodial Party: TAMEKIA RADFORD
Dependant(s): GLEN E. POOLE          JAMEKIA G. POOLE
DAYVION RADFORD

To Whom It May Concern:

Our records reflect that this case is open for establishment or enforcement of a child support obligation.

According to our records, the following is a financial history of child support payments received between JANUARY 01, 2012 and JULY 23, 2014.

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 07/07/2014 | 148.80 | 06/11/2014 | 293.70 | 05/12/2014 | 74.40 |
| 04/22/2013~13 | 71.00 | 04/15/2013 | 71.00 | 04/09/2013 | 71.00 |
| 03/28/2013 | 71.00 | 03/22/2013 | 71.00 | 03/15/2013 | 71.00 |
| 03/08/2013 | 71.00 | 02/28/2013 | 71.00 | 02/26/2013 | 71.00 |
| 02/19/2013 | 71.00 | 02/08/2013 | 71.00 | 02/04/2013 | 71.00 |
| 01/30/2013 | 71.00 | 01/22/2013 | 852.00 | 10/29/2012~12 | 69.00 |
| 10/22/2012 | 71.00 | 10/09/2012 | 71.00 | 10/05/2012 | 71.00 |
| 09/28/2012 | 71.00 | 09/21/2012 | 71.00 | 09/14/2012 | 71.00 |
| 09/10/2012 | 71.00 | 09/05/2012 | 71.00 | 08/27/2012 | 71.00 |
| 08/21/2012 | 71.00 | 08/09/2012 | 71.00 | 08/06/2012 | 71.00 |
| 07/30/2012 | 71.00 | 07/20/2012 | 71.00 | 07/17/2012 | 71.00 |
| 03/07/2012 | 146.40 | 02/22/2012 | 146.40 | 01/18/2012 | 42.83 |
| 01/10/2012 | 73.20 | 01/04/2012 | 59.19 | | |

For any additional information, please contact our office at the phone number listed above.

OCSE - FIN51 11/12


EXHIBIT 6

## CERTIFICATION OF INCOME/ASSETS AND FAMILY COMPOSITION

I/We certify the following to be a true and accurate statement as it pertains to my/our income, regular contributions, net family assets, and family composition.  I/We understand that false statements or willful misrepresentation of the facts are grounds for termination of my/our application, tenancy, and/or housing assistance.

Please list the name or person(s) residing in your household and their relationship to you.

| Name | Age | Relationship |
|------|-----|--------------|
| Tameka Poole Radford | 36 | Self |
| Dayvion Lee Radford | 18 | S |
| Jamekia Poole | 15 | D |
|  |  |  |
|  |  |  |
|  |  |  |

### Income/Assets

Do you or person(s) in your household have any of the following:

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Checking Accounts | | ✓ | Savings Accounts | | ✓ |
| Money Market Funds | | ✓ | Trust Funds | | ✓ |
| Stocks/Bonds | | ✓ | Real Estate | | ✓ |

Has anyone in your household received any lump sum payments in the past year such as:

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Insurance Settlements | | ✓ | Social Security or SSI benefits | | ✓ |
| Unemployment Benefits | | ✓ | Capital Gains | | ✓ |

Does anyone in your household receive income from the following sources:

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Retirement Funds | | ✓ | Pension | | ✓ |
| Annuities | | ✓ | Insurance policies | | ✓ |
| Unemployment | | ✓ | Death Benefits | | ✓ |
| Employment | | ✓ | Child Support | | ✓ |
| TEA | | ✓ | Odd Jobs | | ✓ |
| SSI | | ✓ | Other | | ✓ |
| Social Security (SSA) | | ✓ | Workman's Compensation | | ✓ |

Does anyone help your household with the following other than HUD or DHS:

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Rent | ✓ | | Utilities | ✓ | |
| Groceries | | ✓ | Car Expenses | | ✓ |
| Diapers | | ✓ | Cigarettes | | ✓ |

If you believe you have been discriminated against, you may call the Fair Housing and Equal Opprortunity National Toll-free Hot Line at 1-800-424-8590.

After verification by the Housing Agency, the information will be submitted to the Department of Housing and Urban Development on Form HUD-50058 (Tenant Data Summary), a computer-generated facsimile of the forms.  See the Federal Privacy Act Statement for more information about its use.

| *Tameka Poole Radford* | |
|---|---|
| Head of Household | Social Security Number |
| *N/A* | |
| Spouse | Social Security Number |
| *Dayvion Lee Radford* | |
| Other Adult | Social Security Number |
| | |
| Other Adult | Social Security Number |

9-12-13
Date

**Warning:  Section 1001 of Title 18 of the U.S. Code makes it a criminal offense to make willful false statements or misrepresentation to any department or agency of the U.S. Government as to any matter within its jurisdiction.**

EXHIBIT 7

Form 1087

**APHA-7**  FORT SMITH/SEBASTIAN COUNTY HOUSING AUTH.
APPLICATION FOR ADMISSION OR CONTINUED OCCUPANCY

| | | | |
|---|---|---|---|
| NAME: | 33823 | **TAMEKIA A. RADFORD** | APP.DATE: 12/29/2004 | THIS EXAM: 10/01/2013 |
| ADDRESS: | | 4804 PARK AVE | APP.TIME: 15:49:00 | NEXT EXAM: 02/01/2014 |
| CITY-ST-ZP: | | FORT SMITH, AR 72903 | SIZE UNIT: 3 | |
| PHONE: | | 479-561-1736 | SSN#: | ELD/FAMILY:F |
| UNIT: | | 104069 | LEASE DT: 02/01/2010 | RACE/ETH: 2  2 |

### I. Family Members Registered

II. Annual Income

| Name | Rel | DOB | Sex | Occupation | Amount |
|---|---|---|---|---|---|
| 1 RADFORD TAMEKIA A | H-Head | 06/06/1977 | F | CONTRIBUTIONS | 0.00 |
| 2 RADFORD DAYVION L | A- | | M | | 0.00 |
| 3 POOLE JAMEKIA G | Y-Female under 18 | | F | | 0.00 |
| | | | | Total Salary | 0.00 |

### II. Financial Information

| Type | Description | Value |
|---|---|---|
| General Assistance | SNAP | 6300.00 |
| NonWage Income | CONTRIBUTIONS | 3600.00 |

| | | | |
|---|---|---|---|
| III. Income for Eligibility: | 9837.00 | | IV. Assets  0.00 |
| Low Limit: | 34850.00  -VLow Limit: | 21150.00 | |
| Total Income from Assets | 0.00 | | |
| Total Medical Expenses | 0.00 | | |
| Total Net Assets | 0.00 | | |
| Total Other Income | 0.00 | | |

#### Waiting List Information

| Type | Description | Points | Date/Time | Open Offer? | Position |
|---|---|---|---|---|---|

**(Housing Authority should attach a copy of the family's TTP worksheet to this application.)**

On the basis of the determination set forth above, the tenant is found eligible: Yes ____ No ____

APPLICANT/TENANT _____

LHA _____  TITLE _HC_  DATE 9/13/13

ATTACHMENT 3

## APPLICANT/TENANT CERTIFICATION

APPLICANT(S)'S/TENANT(S)'S STATEMENT

I/We certify that the information* given to the FORT SMITH/SEBASTIAN COUNTY HOUSING AUTH Housing Agency on household composition, income, net family assets, and allowances and deductions is accurate and complete to the best of my/our knowledge and belief.  I/We understand that false statements or information are punishable under Federal and/or State law.  I/We also understand that false statements or information are grounds for termination of housing assistance and termination of tenancy.

Signature of Head of Household        Date   9-13-13

Signature of Spouse        Date

Other adult

If you believe you have been discriminated against, you may call the Fair Housing and Equal Opportunity National Toll-free Hot Line at 800-424-8590.
(Within the Washington D. C. Metropolitan Area, call 426-3500.)


* After verification by this Housing Agency, the information will be submitted to the Department of Housing and Urban Development on Form HUD-50058 (Tenant Data Summary), a computer-generated facsimile of the form or on magnetic tape.
See the Federal Privacy Act Statement for more information about its use.

479-763-5998
479-285-9444
Willa's cell 9214

# *Fort Smith Housing Authority*
2100 North 31st Street
Fort Smith, Arkansas 72904
(479) 785-4881  FAX (479) 709-9381

The following is a sworn statement given by me _Y Dayasia Radford_ and

on this _____ day of _____ 20____.

I've not live with my mother since from the ages of 11 to now I been living with my 2nd family and grandmother Radford and helping out my mother is Toshiba Radford

Address
2820 Miss St
3200 S 62nd St Apt 1
1708 S R St Apt 9

move out off of park in 2011
4404 pork ave

**Warning:** Section 1001 of Title 18 of the U.S. Code makes it a criminal offense to make willful false statements or misrepresentation to any Department or Agency of the U.S. as to any matter within its jurisdiction.

I/We also understand that false statements or information are grounds for termination of housing assistance and termination of tenancy.

_____
Head of Household

_07/25/2014_
Date

_____
Spouse

_____
Date





FORM 1007a

# *Fort Smith Housing Authority*
## 2100 North 31st Street
## Fort Smith, Arkansas 72904
### (479) 785-4881   FAX (479) 709-9381

11/21/2012


TAMEKIA A. RADFORD
4804 PARK AVE
FORT SMITH, AR   72903

DEAR TAMEKIA A. RADFORD,

**PENDING** ABOVE UNIT PASSING THE ANNUAL INSPECTION PRIOR TO THE EFFECTIVE RE-EXAM DATE WE HAVE DETERMINED THAT YOU ARE ELIGIBLE FOR CONTINUED RENTAL ASSISTANCE. **THE AMOUNT PAID BY THE HOUSING AUTHORITY MAY CHANGE IF THE RENTAL INCREASE IS REQUESTED BY THE LANDLORD AND/OR HUD REQUIRES CHANGES IN THE FAIR MARKET RENTS.**

EFFECTIVE 02/01/2013, YOU WILL PAY $ 0.00 TOWARDS THE CONTRACT RENT.

IN ADDITION, OUR RECORDS SHOW THAT YOU ARE TO PAY YOUR LANDLORD $00.00 EACH MONTH FURNITURE RENTAL/SEPARATE AGREEMENT.

FURTHERMORE, BASED ON THE MOST RECENT REPORTED SOURCE(S) OF INCOME AND MONEY RECEIVED BY YOU AND MEMBERS OF YOUR HOUSEHOLD, WE HAVE DETERMINED THAT YOU ARE/ARE NOT ELIGIBLE FOR A REIMBURSEMENT ALLOWANCE FROM THE AGENCY.  THE AMOUNT OF UTILITY ASSISTANCE CHECK IS $ 145.00.  THIS AMOUNT WILL BE SENT TO OG&E.

AND THE FORT SMITH HOUSING AUTHORITY WILL PAY $  630.00.  MONTHLY RENTAL PAYMENTS BE SUBJECT TO CHANGE DUE TO ANY CHANGES IN THE TENANT'S INCOME AND/OR FAMILY COMPOSITION.

PLEASE REMEMBER THAT YOU ARE REQUIRED TO REPORT: **(1) ADDITIONAL SOURCES OF INCOME RECEIVED BY YOU AND MEMBERS OF YOUR HOUSEHOLD; (2) CHANGES IN YOUR SOURCE (S) OF INCOME; (3) CHANGES IN YOUR FAMILY COMPOSITION, AND THAT IT IS YUR RESPONSIBILITY TO REPORT ALL CHANGES WITHIN (10) DAYS.**

I UNDERSTAND THE ABOVE NOTICE: *Tamekia Radford*  DATE: 11/21/2012

SINCERELY,

NORMA DAWSON
HOUSING COUNSELOR

CC: FILE



EXHIBIT
9

### *Fort Smith Housing Authority*
2100 North 31st Street
Fort Smith, Arkansas 72904
**(479) 785-4881  FAX (479) 709-9381**
**www.fortsmithhousing.org**

10/04/2013

TAMEKIA A. RADFORD
1320 N 57TH TERRACE
FORT SMITH, AR  72904-

RE:  APPROVAL OF THE LEASE AND HOUSING PAYMENTS CONTRACT

1320 N 57TH TERRACE

THE RENTAL ASSISTANCE CONTRACTS FOR THE ABOVE ADDRESS HAVE BEEN PROCESSED
WITH AN EFFECTIVE DATE OF 10/04/2013.  FOR THIS PARTIAL MONTH, THE RENT
AMOUNT WILL BE PRORATED AS FOLLOWS:
YOU WILL PAY $0.00 AND THE PHA WILL PAY $700.00.  **IF ELIGIBLE,**  OG&E WILL
RECEIVE A PRORATED CHECK FOR UTILITIES IN THE AMOUNT OF $132.00;  **MUST HAVE
YOUR ACCOUNT # TO SEND OUT CHECK.** *YOU ARE RESPONSIBLE FOR ANY ADDITIONAL
RENT THAT MIGHT BE DUE IF YOU WERE LIVING IN THE UNIT PRIOR TO THE EFFECTIVE
DATE OF THE CONTRACT.*

ON THE FIRST DAY OF EVERY MONTH THEREAFTER, YOU WILL PAY $0.00  RENT, AND
THE PHA WILL PAY $750.00.  **IF ELIGIBLE,** OG&E WILL RECEIVE A UTILITY CHECK IN
THE AMOUNT OF $142.00 (MUST HAVE ACCOUNT #).

THE ABOVE MENTIONED PAYMENT AMOUNTS ARE SUBJECT TO CHANGE AS YOUR INCOME
CHANGES.  **WE REQUIRE YOU TO REPORT ANY AND ALL CHANGES IN INCOME RESULTING
FROM EMPLOYMENT, GOING ON OR OFF WELFARE, UNEMPLOYMENT COMPENSATION,
WORKMEN'S COMPENSATION, CHILD SUPPORT, SOCIAL SECURITY OR VA BENEFITS, ETC.**
THE PHA WILL THEN MAKE CHANGES IN PAYMENTS AS REQUIRED.  YOU MUST REPORT ANY
CHANGE WITHIN (10) TEN DAYS.

YOU MUST REPORT TO YOUR CASEWORKER ANY AND ALL CHANGES IN YOUR FAMILY
COMPOSITION, SOURCES OF INCOME, CHILD CARE AND MEDICAL EXPENSES.  SHOULD YOU
LOSE YOUR SOURCE(S) OF INCOME, YOU WILL BE REQUIRED TO COME INTO OUR OFFICE
FOR AN INTERIM RE-EXAMINATION IMMEDIATELY OR AT LEAST BEFORE THE FIRST DAY
OF THE FOLLOWING MONTH.

SINCERELY,

JENNIFER BECKMAN
HOUSING COUNSELOR, EXT #35

CC:  SHEPPARD, ROBERT D.
     C/O LEO FAULKNER REALTY
     PO BOX 10153
     FORT SMITH, AR  72917



EXHIBIT
10

## TENANT PAYMENT SHEET

NAME Tamekia Radford

| A Check Date | B Amount PHA Paid owner | C Amount PHA should have paid owner | D Utility check to tenant | E Utility Payment due to Tenant | F Over/Under Payment |
|---|---|---|---|---|---|
| | | | | | 241 |
| 2-1-13 | 630 | 389 | | | ,, |
| 3-1-13 | 630 | ,, | | | ,, |
| 4-1-13 | 630 | ,, | | | ,, |
| 5-1-13 | 630 | ,, | | | ,, |
| 6-1-13 | 630 | ,, | | | ,, |
| 7-1-13 | 630 | ,, | | | ,, |
| 8-1-13 | 630 | ,, | | | ,, |
| 9-1-13 | 630 | 0 | 132 | 0 | 832 |
| 10-1-13 | 700 | 0 | 142 | 0 | 892 |
| 11-1-13 | 750 | 0 | ,, | 0 | ,, |
| 12-1-13 | ,, | 0 | ,, | 0 | ,, |
| 1-1-14 | ,, | 0 | ,, | 0 | ,, |
| 2-1-14 | ,, | 0 | ,, | 0 | ,, |
| 3-1-14 | ,, | 0 | ,, | 0 | ,, |
| 4-1-14 | ,, | 0 | ,, | 0 | ,, |
| 5-1-14 | ,, | 0 | ,, | 0 | ,, |
| 6-1-14 | ,, | 0 | ,, | 0 | ,, |
| 7-1-14 | ,, | 0 | ,, | 0 | |
| 8-1-14 | ,, | | | | |
| | | | | | |

| TOTALS | | | | | = Column F |
| Column B | Minus/subtract | Column C | plus Column D | Minus Column E | 11,680 |

EXHIBIT
11

## AGREEMENT TO REPAY #00246   Tenant # 33 823

I UNDERSTAND THAT I WILL BE UNABLE TO MOVE FROM MY PRESENT UNIT, INCLUDING
PORTABILITY, AS LONG AS I OWE THE HOUSING AUTHORITY MONEY.

INITIAL X_____

HAP# 404160

VOUCHER# 403679

HOH Tamekia Radford

SS# 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

SPOUSE_____

SS#_____

OTHER ADULT_____

SS#_____

UNPAID RENT $ 11,680

ADDRESS 1320 N. 57TH Terrace

VACANCY LOSS_____

LANDLORD Robert Sheppard

DAMAGES_____

DATE 9/23/14

OVERPAYMENT $ 11,680

I, _____n/a_____, herby authorize continued rental assistance to the above tenant
family with the understanding that the family has agreed to reimburse the Fort Smith Housing Authority the
sum of $ 11,680. Payments will be in the amount of $ 100.00 per month and will be
due in the office no later than the 5th of each month beginning October 2014.

I, Tamekia Radford, hereby acknowledge that I owe a debt to the Fort Smith Housing
Authority and have agreed to repay the agency as stated above. I willingly enter into this agreement to pay
the balance as defined above in accordance with arrangements agreed upon.

This agreement is contingent upon the tenant family making payments as agreed monthly. Furthermore,
execution of this agreement is with the understanding of all parties that the Fort Smith Housing Authority
may at any time deny or terminate rental assistance for breach of this agreement by the tenant family.

I UNDERSTAND THAT ALL CHANGES IN INCOME MUST BE REPORTED WITHIN 10 DAYS. FAILURE TO REPORT
ANY CHANGE OF INCOME AGAIN COULD RESULT IN THE TERMINATION OF MY RENTAL ASSISTANCE.
TERMINATION, HOWEVER, WILL NOT CANCEL THIS DEBT. FURTHERMORE, NO NEW REPAYMENT
AGREEMENT WILL BE MADE UNLESS THIS ONE IS FIRST PAID IN FULL.

INITIAL X_____

X_____

EXHIBIT
12